**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS**
**EASTERN DIVISION**

| | |
|---|---|
| Daniel Lynch, Amy Kanarowski, and Rhonda De Freitas, Child Representatives For SF | ) ) ) |
| (***Not***) Petitioner | ) No. 25 cv 14528 |
| and | ) |
| Remember America Foundation, Foundation, | ) Judge: Elaine E. Bucklo Remember America ) Magistrate: David Weisman |
| (**Initiator**) "Respondent" | ) |

**CHILD REPRESENTATIVES' MOTION FOR ENTRY OF THE COURT'S**
**MAY 27, 2026 FINAL JUDGMENT (DKT. 30) IN A SEPARATE DOCUMENT**

The Child Representatives submit the following as their Motion for Judgment to Be

1.      On May 27, 2026, the Court granted the Child Representatives' fee petition in the amount of $18,732. (Dkt. 30.)

2.      The Child Representatives understand that Order to be a final judgment, as it disposes of all outstanding matters in the case. Nevertheless, for avoidance of all doubt, including the enforceability of that judgment, the Child Representatives respectfully request that the May 27, 2026 judgment be set out in a separate document pursuant to Federal Rule of Civil Procedure 58(d).

WHEREFORE, for the foregoing reasons, the Motion should be granted.

Dated: June 4, 2026                                    Respectfully submitted,

**CHILD REPRESENTATIVES**
Daniel Lynch (6202499)                         By: /s/ *Daniel Lynch*
Amy J. Kanarowski (6292957)
Mindy Schwab (6296233)
Lynch Thompson LLP
150 S. Wacker Dr., Ste 2550
Chicago, Illinois 60606
(312) 346-1600
docketing@lynchthompson.com

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that, on June 4, 2026, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s_Daniel Lynch*
Daniel Lynch (6202499)
Lynch Thompson LLP
150 S. Wacker Dr., Ste 2550
Chicago, Illinois 60606
(312) 346-1600
dlynch@lynchthompson.com
docketing@lynchthompson.com
